AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHARLES McCOY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-12-655**
**DAVID B. STOKES,**     **JUDGE EDMUND A. SARGUS, JR.**
                              **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed October 25, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 25, 2012                       JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk